PROB. 12
(Rev. 3/88)

FILED BY _____ D.C.

05 AUG -9 PM 3: 55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES DISTRICT COURT

for

**WESTERN DISTRICT OF TENNESSEE**

U.S.A. vs. CRAIG ALLEN WALKER                    Docket No.      2:99CR20261-01

**Petition on Probation and Supervised Release**

COMES NOW __NICOLE D. PETERSON__, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of _Craig Allen Walker_ who was placed on supervision by the Honorable _Bernice B. Donald_ sitting in the Court at _Memphis, TN_, on the _23rd_ day of _July_, 2004, who fixed the period of supervision at _four (4) years and ten (10) months*_, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

(1)   The defendant shall participate as directed in a program (outpatient and/or inpatient) approved by the Probation Officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing for the detection of substance use or abuse.
(2)   The defendant shall participate as directed in a program of mental health treatment approved by the Probation Officer. Further, the defendant shall be required to contribute to the costs of services for such treatment.
(3)   The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases without approval of the Probation Officer.
(4)   The defendant shall provide the Probation Officer access to any requested financial information.
(5)   The defendant is prohibited from any contact with Mrs. Christy Perkins or her family.
(6)   The defendant is prohibited from any contact with his children without an order from any Court.
(7)   The defendant shall pay restitution in the amount of $25,651.03.

*     Supervised Release commenced on July 23, 2004.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

After reviewing Craig Walker's monthly income and expenses, it appears that ten percent (10%) of his monthly gross income is an appropriate payment plan.

**PRAYING THAT THE COURT WILL ORDER** that Craig Walker's restitution payments be set at ten percent (10 %) of his monthly gross income.

| ORDER OF COURT | RESPECTFULLY, |
|---|---|
| Considered and ordered this __9th__ day of __August__, 200_5_, and ordered filed and made a part of the records in the above case. | _/s/ Nicole Peterson_ |
| _/s/ Bernice B. Donald_ | NICOLE D. PETERSON |
| United States District Judge | United States Probation Officer |
| | Place: _Memphis, Tennessee_ |
| | Date: _July 29, 2005_ |

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 155 in case 2:99-CR-20261 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Lawrence J. Laurenzi
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Fed. Public Defender
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT